# Michael Faillace & Assoc

*Employment and Litigation Attorneys*

60 East 42nd Street, Suite 4510
New York, New York 10165

jbarton@faillacelaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2020
```

September 14, 2020

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   20-cv-03657-AT Poltamai et al v. Hophapcity Inc. et al

Your Honor:

    I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. I write to respectfully request the initial conference scheduled for September 17, 2020 be adjourned sine die. This is the first request of its kind.

    Defendants have neither answered nor appeared, and are in default. Plaintiff will be requesting certificates of default against Defendants shortly, and will move for a default judgment against Defendants within the next thirty days.

    Thank you for your attention.

Respectfully Submitted,

/s/Jesse Barton
Jesse Barton
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

---

GRANTED. The initial pretrial conference scheduled for September 17, 2020, is ADJOURNED to **October 29, 2020.** By **October 22, 2020**, the parties shall file their joint letter and proposed case management plan, or Plaintiff shall move for default.

SO ORDERED.

Dated: September 14, 2020
      New York, New York

*[signature]*

ANALISA TORRES
United States District Judge