**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHALERMKIAT POLTAMAI, *individually*
*and on behalf of others similarly situated,*

                *Plaintiff,*

        -against-

HOPHAPCITY INC. (D/B/A BANGKOK CUISINE), BKK THAI CORP. (D/B/A BANGKOK CUISINE), SUJITRA RUNGRUANGSURIYA, PUSIT SIRIPRAKAISAK, and SOMSAK SIRIPRAKAISAK,

                *Defendants.*
------------------------------------------------------------------X

**20-cv-03657-AT**

**DEFAULT JUDGMENT**

      On May 11, 2020, this action was commenced by Plaintiff's filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Hophapcity Inc. (d/b/a Bangkok Cuisine), BKK Thai Corp. (d/b/a Bangkok Cuisine), Sujitra Rungruangsuriya, Pusit Siriprakaisak, and Somsak Siriprakaisakj, and said Defendants having failed to pled or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

      NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

      That the Plaintiff has judgment jointly and severally against Defendants Hophapcity Inc. (d/b/a Bangkok Cuisine), BKK Thai Corp. (d/b/a Bangkok Cuisine), Sujitra Rungruangsuriya, Pusit Siriprakaisak, and Somsak Siriprakaisak, in the amount of $178,040.00, including compensatory damages and permissible liquidated damages.

That the Plaintiff is awarded attorneys' fees in the amount of $2,976.25 and costs in the amount of $2,440.80,

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____

_____
ANALISA TORRES
UNITED STATES DISTRICT JUDGE

To:

Hophapcity Inc. (d/b/a Bangkok Cuisine)
1586 2nd Ave
New York, NY 10028

BKK Thai Corp. (d/b/a Bangkok Cuisine)
1586 2nd Ave
New York, NY 10028

Sujitra Rungruangsuriya
6294 Wetherole Street
Rego Park, NY 11374

Pusit Siriprakaisak
6294 Wetherole Street
Rego Park, NY 11374

Somsak Siriprakaisak
6294 Wetherole Street
Rego Park, NY 11374