UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHALERMKIAT POLTAMAI, *individually and
on behalf of others similarly situated,*

       Plaintiff,

  -against-

HOPHAPCITY INC. (D/B/A BANGKOK
CUISINE), BKK THAI CORP. (D/B/A
BANGKOK CUISINE),  SUJITRA
RUNGRUANGSURIYA, PUSIT
SIRIPRAKAISAK, and SOMSAK
SIRIPRAKAISAK,

       Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/6/2021
```

20 Civ. 3657 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  In light of the Defendants' appearance in this action, the hearing scheduled for February 2, 2021, is ADJOURNED *sine die*.  The Court will hold an initial pretrial conference in this matter on **March 2, 2021**, at **10:40 a.m**.  By **February 24, 2021**, the parties shall file their joint letter and proposed case management plan.

  SO ORDERED.

Dated: January 6, 2021
   New York, New York

               ANALISA TORRES
           United States District Judge