# Michael Faillace & Associates

Employment and Litigation Attorneys

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2021
```

60 East 42nd Street, Suite 4510
New York, New York 10165

michael@faillacelaw.com

February 22, 2021

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Poltamai et al v. Hophapcity Inc. et al;
Case No. 20-cv-03657-AT

Your Honor:

This firm represents Plaintiff in the above referenced matter. We write to respectfully request the initial conference in this case, currently scheduled for March 2, 2021, be adjourned by thirty days. This is the first request of its kind and is submitted on consent.

The reason for this request is that the parties are scheduled to mediate their dispute on that day. We apologize for the logistical error on our parts.

We thank the Court for its time and attention.

Respectfully Submitted,

/s/ Michael Faillace
Michael Faillace, Esq.

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for March 2, 2021, is ADJOURNED to **March 18, 2021**, at **10:00 a.m**. By **March 11, 2021**, the parties shall file their proposed case management plan and joint letter.

SO ORDERED.

Dated: February 23, 2021
       New York, New York

ANALISA TORRES
United States District Judge

Certified as a minority-owned business in the State of New York