# Michael Faillace & Assoc

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

jbarton@faillacelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/11/2021_

March 10, 2021

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:     <u>Poltamai et al v. Hophapcity Inc. et al;</u>
                Case No. 20-cv-03657-AT

Your Honor:

      This firm represents Plaintiff in the above referenced matter. We write to respectfully request the initial conference in this case, currently scheduled for March 18, 2021, be adjourned by three weeks. This is the second request of its kind and is submitted on consent.

      The parties participated in mediation on March 2, 2021; however, the mediation was adjourned in order for the parties to review relevant documents. The parties are continuing to negotiate, and are slated to correspond with their mediator next week as to the scheduling of a second mediation session. The parties are optimistic that they can reach an agreement without a second mediation or the further expenditure of fees and judicial resources. As such, the parties respectfully request that the initial conference be adjourned.

      We thank the Court for its time and attention.

GRANTED. The initial pretrial conference scheduled for March 18, 2021, is ADJOURNED to **April 8, 2021**, at **10:00 a.m.** By **April 1, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: March 11, 2021
       New York, New York

                                          **ANALISA TORRES**
                                        United States District Judge