```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/5/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHALERMKIAT POLTAMAI, *individually and on behalf of others similarly situated,*

      Plaintiff,

-against-

HOPHAPCITY INC. (D/B/A BANGKOK CUISINE), BKK THAI CORP. (D/B/A BANGKOK CUISINE), SUJITRA RUNGRUANGSURIYA, PUSIT SIRIPRAKAISAK, and SOMSAK SIRIPRAKAISAK,

      Defendants.

20 Civ. 3657 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The initial pretrial conference scheduled for April 8, 2021, is ADJOURNED to **April 19, 2021**, at **11:40 a.m**. By **April 12, 2021**, the parties shall file their joint letter and proposed case management plan.

  The Clerk of Court is directed to terminate the motion at ECF No. 64.

  SO ORDERED.

Dated: April 5, 2021
   New York, New York

                 _____
                 ANALISA TORRES
                United States District Judge