**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

CHALERMKIAT POLTAMAI, individually
and on behalf of others similarly situated,

                Plaintiff,

    -against-

HOPHAPCITY INC. (D/B/A BANGKOK CUISINE), BKK THAI CORP. (D/B/A BANGKOK CUISINE), SUJITRA RUNGRUANGSURIYA, PUSIT SIRIPRAKAISAK, and SOMSAK SIRIPRAKAISAK,

                Defendants.
------------------------------------------------------------------X

Case No.: 20-cv-03657-AT

[Proposed Form Of]
**JUDGMENT**

## JUDGMENT

On May 13, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, CHALERMKIAT POLTAMAI, has judgment against HOPHAPCITY INC. (D/B/A BANGKOK CUISINE), SUJITRA RUNGRUANGSURIYA, PUSIT SIRIPRAKAISAK, and SOMSAK SIRIPRAKAISAK, jointly and severally, in the amount of Five Thousand Dollars and No Cents ($5,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                                _____
                                                ANALISA TORRES
                                                UNITED STATES DISTRICT JUDGE