UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHALERMKIAT POLTAMAI, individually
and on behalf of others similarly situated,

          Plaintiff,

-against-

HOPHAPCITY INC. (D/B/A BANGKOK
CUISINE), BKK THAI CORP. (D/B/A
BANGKOK CUISINE), SUJITRA
RUNGRUANGSURIYA, PUSIT
SIRIPRAKAISAK, and SOMSAK
SIRIPRAKAISAK,

          Defendants.
------------------------------------------------------------------X

Case No.: 20-cv-03657-AT

**JUDGMENT**

## JUDGMENT

On May 13, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, CHALERMKIAT POLTAMAI, has judgment against HOPHAPCITY INC. (D/B/A BANGKOK CUISINE), SUJITRA RUNGRUANGSURIYA, PUSIT SIRIPRAKAISAK, and SOMSAK SIRIPRAKAISAK, jointly and severally, in the amount of Five Thousand Dollars and No Cents ($5,000.00), which is inclusive of attorneys' fees and costs.

SO ORDERED.

Dated: May 14, 2021
      New York, New York

                                           ANALISA TORRES
                                           United States District Judge